UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 24-11036-BKC-PDR
PROCEEDING UNDER CHAPTER 13

IN RE:

SUGEIRI DIAZ
XXX-XX-3475

DEBTOR_____/

**NOTICE OF
CONTINUED 341 MEETING OF CREDITORS AND CONFIRMATION HEARING**

YOU ARE HEREBY NOTIFIED that the §341 Meeting of Creditors has been continued to <u>March 22, 2024</u> at <u>10:30 AM</u>.

**\*MEETING WILL BE HELD BY VIDEO CONFERENCE\***

Go to www.Zoom.us, click on JOIN or call (954)399-6624, Enter Meeting ID 641 184 3541, and Passcode 9807786714

For additional meeting information visit: www.justice.gov/ust/moc

The Confirmation Hearing has been scheduled for <u>April 1, 2024</u> at <u>9:00 AM</u> at the UNITED STATES FEDERAL BANKRUPTCY COURTHOUSE, 299 EAST BROWARD BOULEVARD, ROOM 301, FORT LAUDERDALE, FL 33301.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Notice of Continued 341 Meeting of Creditors and Confirmation Hearing was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 27th day of February, 2024.

*/s/ Robin R. Weiner*_____
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

**SERVICE LIST**

**COPIES FURNISHED TO:**

**DEBTOR**
SUGEIRI DIAZ
17813 NW 20TH ST
HOLLYWOOD, FL  33029

**ATTORNEY FOR DEBTOR**
JOSE A. BLANCO, ESQUIRE
102 E. 49TH ST.
HIALEAH, FL  33013

**JOSE A. BLANCO, ESQUIRE** IS HEREBY DIRECTED TO MAIL A CONFORMED COPY OF THIS NOTICE TO ALL CREDITORS AND INTERESTED PARTIES IMMEDIATELY UPON RECEIPT THEREOF.